# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LOGAN LANDES and JAMES GODDARD**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SONY MOBILE COMMUNICATIONS (U.S.A.), INC. and SONY ELECTRONICS, INC.**,<br><br>Defendants. | Case No. 2:17-cv-2264-JFB-SIL<br><br><br>**JOINT MOTION FOR ENTRY OF AN ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>ISSUANCE OF RELATED ORDERS</u>** |

**WHEREAS**, on August 3, 2017, the Honorable Joseph F. Bianco, United States District Judge, entered the Preliminary Approval Order conditionally certifying the Settlement Class[1] and finding that the proposed Settlement appears to be fair, reasonable, adequate, and in the best interest of the Settlement Class; and

**WHEREAS**, pursuant to the Preliminary Approval Order, notice has been disseminated to the Settlement Class, in the best manner practicable under the circumstances, of the pendency of this Action as a class action and the terms of the proposed Settlement, including the requested awards of Attorneys' Fees, Costs, and Expenses and the requested incentive awards; and

**WHEREAS**, pursuant to the Preliminary Approval Order, the Parties' submissions in support of Final Approval of the Settlement and in opposition to any objections filed on behalf of Settlement Class members, are due to be filed on October 13, 2017 and November 14, 2017, respectively, in advance of the Fairness Hearing to be held on December 1, 2017;

---

[1] All capitalized terms shall have the meaning ascribed to them in the Settlement Agreement unless otherwise specified herein.

1

**NOW THEREFORE**, Plaintiffs Logan Landes and James Goddard ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants Sony Mobile Communications (USA), Inc. and Sony Electronics, Inc. (collectively "Sony") hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order:

1. Finally approving the proposed settlement as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23;

2. Finally certifying the Class for settlement purposes only;

3. Finding that the Notice was the best practicable notice under the circumstances and satisfied all Constitutional and other requirements;

4. Confirming Class Members who have submitted timely requests for exclusion;

5. Dismissing the Action with prejudice;

6. Retaining jurisdiction over the enforcement and implementation of the Settlement Agreement;

7. Issuing a permanent injunction;

8. Awarding attorneys' fees and costs and incentive awards; and

9. Issuing related orders,

with the Fairness Hearing set for December 1, 2017 at 1:30 P.M., Eastern Time before this Honorable Court.

Proposed forms of the final order and final judgment are attached hereto as Exhibits A and B, respectively. The Declaration of Jeanne C Finnegan, APR is attached hereto as Exhibit C. Counsel for Plaintiffs and Defendants are separately submitting memoranda of law in support of this motion.

**WHEREFORE**, for the reasons stated herein and as fully discussed in the accompanying memoranda of law, declarations and/or affidavits, counsel for Plaintiffs, on behalf of a putative nationwide class, and Reebok respectfully request this Court to grant the relief requested above in its entirety.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DMSLIBRARY01\31349876.v1

Dated: October 13, 2017

                              **LEVI & KORSINSKY LLP**

                              By: <u>Nancy A. Kulesa</u>
                                   Nancy A. Kulesa
                                   Shannon L. Hopkins
                              733 Summer Street, Suite 304
                              Stamford, CT 06901
                              Tel. (212) 363-7500
                              Fax: (212-363-7171
                              E-mail: nkulesa@zlk.com
                              E-mail: shopkins@zlk.com

                              *Counsel for Plaintiffs*


                              **KING & SPALDING LLP**

                              By: <u>s/ John P. Hooper</u>
                                    John P. Hooper
                                    Eric F. Gladbach
                              1185 Avenue of the Americas
                              New York, New York 10036
                              Tel. (212) 556-2100
                              Fax (212) 556-2222
                              E-mail: jhooper@kslaw.com
                              E-mail: egladbach@kslaw.com


                              **REED SMITH LLP**
                              Geoffrey Garrett Young
                              599 Lexington Avenue
                              New York, New York 10022
                              Tel. 212-521-5400
                              Fax 212-521-5450
                              E-mail: gyoung@reedsmith.com


                              *Counsel for Defendants*
                              *Sony Mobile Communications (USA), Inc. and*
                              *Sony Electronics, Inc.*

DMSLIBRARY01\31349876.v1

## CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on October 13, 2017, I electronically filed the foregoing Joint Motion For Entry of An Order and Judgment Granting Preliminary Approval of Class Action Settlement and Issuance of Related Orders with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          /s/ Nancy A. Kulesa
                                          Nancy A. Kulesa

DMSLIBRARY01\31349876.v1