# Withdrawal of Objection to Class Action Settlement    November 13, 2017

On September 19, 2017, I, James Rogers, submitted an objection to the Landes et al. vs. Sony Mobile Communications et al (Case # 2:17-CV-2264-JFB-SILEDNY) class action settlement.

Since that time Ms. Nancy Kulesa, Class Counsel with Levi & Korsinsky, LLP, has contacted me several times to ask for additional information. As Ms. Kulesa has since advised, I am submitting a claim form, which will include information originally provided in the objection letter. Concurrent with submittal of that claim form I am submitting this letter.

As of November 13, 2017, I, James Rogers, withdrawal my previous objection to the above described class action settlement.

_____
James J. Rogers

Copies of this withdrawal of objection provided to:

Clerk of Court

US District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

Class Counsel

Attn: Nancy A Kulesa

via e-mail: nkulesa@zlk.com

RECEIVED
NOV 17 2017
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2017 ★
LONG ISLAND OFFICE

J. Rogers
2100 Raintree Dr.
Conway, AR 72032

LITTLE ROCK
AR 722
14 NOV '17
PM 3 L

FOREVER

Clerk of Court
US District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2017 ★
LONG ISLAND OFFICE

11722-443800