FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 01 2017 ★

LONG ISLAND OFFICE

| | |
|---|---|
| LOGAN LANDES and JAMES GODDARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A.), INC. and SONY ELECTRONICS, INC.,<br>Defendants. | Case No. 2:17-cv-2264-JFB-SIL<br><br>[~~PROPOSED~~] ORDER APPROVING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND PLAINTIFFS' INCENTIVE AWARD |

This matter having come before the Court on December 1, 2017, pursuant to the Court's Preliminary Approval Order, an application of the Plaintiffs for final approval of the attorneys' fees and service fees and reimbursement of expenses. The Court, having considered all papers filed and proceedings conducted in this Action and otherwise being fully informed, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. This Order incorporates by reference the definitions in the Settlement Agreement, and all terms used herein shall have the same meanings as set forth in the Settlement Agreement.

2. The Court has subject matter and personal jurisdiction over the Parties, including all Settlement Class Members.

3. The Court hereby awards Class Counsel $984,153 in attorneys' fees and $13,846.34 for costs and expenses incurred by Class Counsel.

4. The Court hereby approves Class Counsel's submitted hourly rates as reasonable.

5. The Court hereby confirms the appointment of Named Plaintiffs as Class Representatives, and awards the Plaintiffs Logan Landes and James Goddard $1,000 each as an incentive award, totaling $2,000.

6. Defendant is hereby ordered to make all payments required by and in accordance with the Settlement Agreement.

7. Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement and any disputes concerning payment or distribution of the proceeds from the Settlement; (b) enforcement of this Order; and (c) all Parties hereto solely for the purpose of construing, enforcing, and administering the Settlement and this Order.

It is so ORDERED this 1st day of December, 2017

Honorable Joseph F. Bianco
United States District Judge