FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 01 2017 ★

LONG ISLAND OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN LANDES and JAMES GODDARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A.), INC. and SONY ELECTRONICS, INC.,<br><br>Defendants. | Case No. 2:17-cv-2264-JFB-SIL<br><br>[PROPOSED]<br>**FINAL JUDGMENT** |

IT IS on this 1st day of December 2017, HEREBY ADJUDGED AND DECREED PURSUANT TO RULES 23 AND 58 OF FEDERAL RULES OF CIVIL PROCEDURE AS FOLLOWS:

(1)   On this date, the Court entered a Final Order Approving Class Action Settlement (Dkt. No. ___);

(2)   For the reasons stated in the Court's Final Order Approving Class Action Settlement, judgment is hereby entered in accordance with the Final Order Approving Class Action Settlement and this Action is dismissed with prejudice; and

(3)   A copy of this Final Judgment shall be filed in, and applies to, this Action.

SO ORDERED this 1st day of December 2017

_____
Hon. Joseph F. Bianco